**Opinion issued October 4, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00831-CV

———————————

## IN RE ASHLEY MCANALLY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ashley McAnally, has filed a petition for writ of mandamus challenging the trial court's interlocutory order compelling arbitration.[1] To obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins.*

---

[1] The underlying case is *Ashley McAnally v. FW Services, Inc. d/b/a Pace Setters Personnel, RDM Detailers, and Houston Auto Auction, Inc.*, cause number 2018-31425, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Thomas presiding.

*Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Without deciding whether the trial court abused its discretion, we conclude that relator has not established that she lacks an adequate remedy by appeal. *See In re Gulf Exploration, LLC*, 289 S.W.3d 836, 842–43 (Tex. 2009) (orig. proceeding). Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.